[No. 4728.]

M. B. LYSIGHT, COUNTY ASSESSOR, AND THE BOARD OF
COUNTY COMMISSIONERS OF TELLER COUNTY,
COLORADO, v. THE JENNIE SAMPLE CONSOL-
IDATED GOLD MINING COMPANY.

**Former Opinion Followed.**

The appeal in this action is dismissed, for want of jurisdic-
tion, in accordance with the reasons set forth in Board of County
Commissioners of Teller County v. Pinnacle Gold Mining Com-
pany, ante, p. 492.

*Appeal from the District Court of Teller County.*
*Hon. Robert E. Lewis, Judge.*

Appeal by M. B. Lysight, as county assessor,
and the board of county commissioners of Teller
county from a judgment of the district court reduc-
ing an assessment of taxes against The Jennie Sam-
ple Consolidated Gold Mining Company.

Decision *en banc*.                    *Dismissed.*

Mr. C. S. THOMAS and Mr. SCOTT ASHTON, for
appellants.

Mr. JUSTICE BAILEY delivered the opinion of the
court:

The appeal in this action is dismissed, for lack
of jurisdiction, because of the reasons set forth in
*Board of County Commissioners of Teller County v.*
*The Pinnacle Gold Mining Company.*

Decision *en banc*.                    *Dismissed.*